E-FILED
Tuesday, 08 January, 2008  11:52:49 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARIA C. EBERHARDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-3004 |
| | ) |
| PETERS BODY SHOP & TOWING, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF INTEREST

COMES NOW John A. Baker, counsel of record for the Plaintiff, Maria C. Eberhardt, and furnishes the following list in compliance with Rule 1.6(E) of this Court.

1. That the full name of the Plaintiff is Maria C. Eberhardt.

2. That the Plaintiff is not a corporation.

3. That the office of Baker, Baker & Krajewski, LLC is the law office representing the Plaintiff. John A. Baker is the attorney of record in the above captioned proceeding.

s/ John A. Baker
JOHN A. BAKER

January 8, 2008
DATE

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois  62701
(217) 522-3445