IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Marie Eberhardt, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-3004 |
| Peters Body Shop & Towing, Inc., | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF WAIVER OF SERVICE

COMES NOW the Plaintiff, Maria Eberhardt, by and through her attorney, John A. Baker, states the following:

1. That on January 18, 2008 the Defendant, Peters Body Shop & Towing, Inc., was served pursuant to Rule 4 of the Federal Rules of Civil Procedure the Complaint, Civil Cover Sheet, Notice of Lawsuit, two Waiver of Service forms, and return envelope from the office of the undersigned via certified mail, return receipt requested. See attached Notice of Lawsuit and Request for Waiver of Service form.

                                                                          s/ John A. Baker
                                                                         JOHN A. BAKER

   January 18, 2008
        DATE

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois  62701
(217) 522-3445

NOTICE OF LAWSUIT AND REQUEST FOR
WAIVER OF SERVICE FOR SUMMONS

TO: (A) Peters Body Shop & Towing, Inc., (B) Defendant (C)

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) Central District of Illinois, Springfield Division and has been assigned docket number (E) 08-3004.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty (30) days after the date designed below as the date on which this Notice and Request is sent. I enclosed a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before sixty days from the date designated below as the date on which this notice is sent (or before 90 days from that date if you address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the Plaintiff this 18th day of January, 2008.

_____
Signature of Plaintiff's Attorney

(A) - Name of individual defendant or name of officer or agent of corporate
(B) - title or other relationship of individual to corporate defendant.
(C) - name of corporate defendant, if any
(D) - district
(E) - docket number of action
(F) - addressee must be given at least 30 days in which to return waiver

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .75 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.55 |

Postmark Here

Sent To  Michael A. Bickhaus
Street, Apt  525 Jersey Street
or PO Bo  Post Office Box 1069