IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MARIA C. EBERHARDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:08-cv-3004 |
| | ) | |
| PETERS BODY SHOP & TOWING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER TO COMPLAINT

Now comes the Defendant, Peters Body Shop & Towing, Inc., by its attorneys, and in answer to the Complaint filed by the Plaintiff herein, the Defendant states as follows:

### Jurisdiction

Defendant admits that jurisdiction is invoked because the case involves a federal claim. Defendant denies that there is action giving rise to the above-captioned proceeding which occurred in the judicial district of this Court. Defendant admits that venue of this Court is appropriate based upon the allegations.

### Statement of Claim

Defendant denies that Plaintiff was the victim of both hostile environment and sexual harassment and denies that she was constructively discharged because of unlawful sexual harassment.

### Parties

1. Admit.

1

2. Admit.

## Factual Allegations

3. Defendant admits that from mid-April 2006 through December 27, 2006 Eberhardt was employed by Peters. Defendant denies that at all times the Plaintiff performed her job duties in a manner consistent with its legitimate expectations.

4. Admit.

5. The Defendant denies each and every allegation contained in paragraph 5 of Plaintiff's Complaint.

6. Defendant denies the allegations contained in this paragraph as the Defendant denies all allegations of paragraph 5 above.

7. Defendant denies each and every allegation of paragraph 7 and in further answer Defendant states that the Plaintiff did not resign from her employment but in fact the Plaintiff was discharged from her employment.

8. Defendant denies each and every allegation of paragraph 8.

WHEREFORE, the Defendant respectfully requests that this Court enter a judgment in its favor, enter an Order denying the relief requested in Plaintiff's Complaint, and enter an Order for such other and further relief as this Court deems fair and just.

Dated this _22nd_ day of February, 2008.

PETERS BODY SHOP & TOWING, INC.,

By _____
Dean Peters, President

By _____
Stan Peters, Secretary

_____
Dennis G. Woodworth, Its Attorney

Under penalties as provided by law, pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this Answer to Complaint are true and correct, except as to matters therein stated to be on information and belief and as to such matters, the undersigned certifies as aforesaid, that they verily believe the same to be true.

Dated this 22 day of February, 2008.

_____
Dean Peters

_____
Stan Peters

Dennis G. Woodworth
BLICKHAN, TIMMERWILKE, WOODWORTH & LARSON
435 Hampshire Street
Quincy, Illinois  62301
Telephone: 217-221-4200
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on Feb. 22, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to such interested parties, and in addition thereto, I have sent a copy of said pleading to the following, first class mail, postage prepaid:

_____
Dennis G. Woodworth, Attorney at Law

3