IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARIA C. EBERHARDT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PETERS BODY SHOP & TOWING, )<br>INC., )<br>)<br>Defendant. ) | Case No. 3:08-cv-3004 |

### CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to such interested parties, and in addition thereto, I have sent a Request for Production and Interrogatories to the following, first class mail, postage prepaid:

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701

_____
Dennis G. Woodworth, Attorney at Law

Dennis G. Woodworth
BLICKHAN, TIMMERWILKE, WOODWORTH & LARSON
435 Hampshire Street
Quincy, Illinois  62301
Telephone: 217-221-4200
Attorneys for Defendant