UNITED STATE DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARIE EBERHARDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-3004 |
| ) | |
| PETERS BODY SHOP & TOWING, INC., ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling conference was held on _____ with attorneys John A. Baker, on behalf of Plaintiff, and Dennis Woodworth on behalf of the Defendant.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. Initial disclosures under Rule 26 to be made by April 1, 2008.

2. No motions to join other parties or to amend the pleadings to be filed after April 15, 2008.

3. Plaintiff is to identify testifying experts and to provide Rule 26 expert reports by August 1, 2008. All Defendants are to identify testifying experts and to provide Rule 26 expert reports by October 1, 2008.

4. The parties have until December 31, 2008, to complete fact discovery. Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil

Procedure in which to comply. The parties have until December 31, 2008 to complete expert discovery.

5. Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 37(a) within the 60-day period. Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court. If a motion to compel discovery is found by the Court to be time-barred, the moving party is prohibited from making a subsequent discovery request for the discovery which the Court has found to be time-barred. All motions to compel must contain the certification required by Rule 37 that the parties met and conferred and attempted to resolve the discovery dispute. If the certification is not included, the motion to compel will be denied.

6. The parties have until January 31, 2009 to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

7. Final Pre-trial Conference is scheduled for _____ at _____, ___.m. before U. S. District Judge _____. All Motions in Limine to be filed on or prior to the Final Pre-Trial date. The parties are directed to meet with the assigned law clerk on _____ at _____, ___.m. to review proposed jury

instructions.

8. Trial is schedule for _____ at \_\_\_\_, \_\_.m. on the trial calendar of U.S. District Judge _____.

9. Evidence Presentation Equipment: Attached is an information sheet describing the evidence presentation equipment which can be made available to attorneys and *pro se* litigants in the four active District Judges' courtrooms.

12. The parties are directed to meet and confer concerning provisions for discovery or disclosure of electronically stored information. The parties are directed to review Rule 16(b)(5) and (6) and Rule 26(f) pertaining to electronically stored information. If the parties cannot agree upon a process/procedure for the discovery of electronically stored information, a status report with proposals for the discovery of electronically stored information shall be filed with the Court by _____.

ENTERED _____

_____
JUDGE HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE