IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARIA C. EBERHARDT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PETERS BODY SHOP & TOWING, )<br>INC., )<br>)<br>Defendant. ) | Case No. 08-CV-3004 |

### CERTIFICATE OF SERVICE

A copy of the following:

Plaintiff's Rule 26(a)(1) disclosures
Plaintiff's Responses to Defendant's Request for Production
Plaintiff's Answer to Defendant's Interrogatories

were served upon:

John A. Baker
Baker, Baker & Krajewski
415 South Seventh Street
Springfield, IL 62701

by depositing a copy of said documents in the regular U.S. Mail on the 14th day of July, 2008.

_/s/ Dennis G. Woodworth_
Dennis G. Woodworth

Dennis G. Woodworth
BLICKHAN, TIMMERWILKE, WOODWORTH & LARSON
435 Hampshire Street
Quincy, Illinois 62301
Telephone: 217-221-4200